IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR E. WILKINS, JR., | |
| Plaintiff, | |
| v. | 19 CV 4698 |
| OFFICE OF THE INSPECTOR GENERAL, STATE OF ILLINOIS, DEPARTMENT OF HEALTH AND HUMAN SERVICES, | **Plaintiff requests trial by Jury** |
| Defendant. | |

## Complaint

ARTHUR E. WILKINS, JR., by and through his attorney, JONATHAN LUBIN, hereby Complains of OFFICE OF THE INSPECTOR GENERAL, STATE OF ILLINOIS, DEPARTMENT OF HEALTH AND HUMAN SERVICES., stating:

1. This action is a civil action brought to recover damages owed to Plaintiff pursuant to 42 U.S.C. § 1983, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*.

2. This Court has original jurisdiction over claims arising under 42 U.S.C. § 1981, 42 U.S.C. § 1983, and Title VII Civil Rights Act of 1964 pursuant to 28 USC. § 1331.

## Parties

3. Plaintiff Arthur E. Wilkins Jr., was, at all times relevant to this Complaint, a resident of Cook County, IL, which is in the Northern District of Illinois.

4. Wilkins is, and was for the relevant time period, a an African American male.

5. Defendant is the State of Illinois. Defendant employed Plaintiff in the Northern District of Illinois.

6. At all times relevant to this Complaint, up to September 15, 2017, Plaintiff was an employee of Defendant, as those terms are defined in 42 U.S.C. § 2000e.

## Facts Common to All Counts

7. Up until his termination on September 15, 2017, Plaintiff met or succeeded all of his employer's legitimate employment expectations.

8. On September 15, 2017, Plaintiff was terminated from his employment with Defendant.

9. The reasons given for the termination were pretextual. Similarly situated employees who were not African American or who were not male were treated better than Plaintiff. Specifically, in similar circumstances, they were not terminated as he was.

10. On April 22, 2019, Plaintiff was sent a Right to Sue letter from the E.E.O.C.

## Count I – Racial Discrimination in Employment
## 42 U.S.C. § 1983 – Equal Protection

11. Plaintiff restates and realleges paragraphs 1-13 as if stated here in full.

12. These actions were taken against Plaintiff due to his race and/or his gender, and therefore violated his right to equal protection before the law

## Count II – Racial Discrimination in Employment
## Title VII of the Civil Rights Act of 1964

13. Plaintiff restates and realleges paragraphs 1-13 as if stated here in full.

14. These actions were taken against Plaintiff due to his race, in violation of Title VII of the Civil Rights Act of 1964.

## Count III – Gender Discrimination in Employment
## Title VII of the Civil Rights Act of 1964

15. Plaintiff restates and realleges paragraphs 1-13 as if stated here in full.

16. These actions were taken against Plaintiff due to his gender, in violation of Title VII of the Civil Rights Act of 1964.

## Count IV – Racial Discrimination in Employment
## 42 U.S.C. § 1981

17. Plaintiff restates and realleges paragraphs 1-13 as if stated here in full.

18. These actions were taken against Plaintiff due to his race in violation of 42 U.S.C. § 1981.

WHEREFORE, Plaintiff prays that judgment be entered against Defendant and that he be granted the following relief:

a.) All back wages and benefits from the date of termination.
b.) Liquidated compensatory damages.
c.) Punitive damages.
d.) Pre-judgment and post-judgment interest.
e.) Costs of such, including reasonable attorney's fees.

f.) Such further relief as this Court deems appropriate.

Respectfully Submitted,

s/Jonathan Lubin
Attorney for Plaintiff

Jonathan Lubin
8800 Bronx Ave.
Suite 100H
773 954 2608
jonathan@lubinlegal.com

**Plaintiff Demands Trial By Jury**